Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. xxxxxx5090/ Our File No.

Attorney for Secured Creditor
Chase Home Finance LLC

ECF FILED ON April 20, 2010

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

THOMAS FEDOCK

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 10-14626-LBR

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO: Thomas Fedock — DEBTORS
TO: GEORGE HAINES, ESQ. — ATTORNEY FOR THE DEBTOR(S)
TO: Kathleen A. Leavitt — CHAPTER 13 TRUSTEE
TO: ALL INTERESTED PARTIES
TO: THE CLERK OF THE ABOVE ENTITLED COURT

**NOTICE IS HEREBY GIVEN that** Chase Home Finance LLC, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

**Date: April 20, 2010**

/s/ Michael W. Chen
Michael W. Chen, Esquire
Attorney for Secured Creditor
Chase Home Finance LLC

- 1 -

# CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on April 20, 2010, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

COUNSEL FOR DEBTOR(S)
GEORGE HAINES, ESQ.
ghaines@hainesandkrieger.com

TRUSTEE
Kathleen A. Leavitt
courtsecf@las13.com

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Myndi Werner_
An employee of THE COOPER CASTLE LAW FIRM